UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA ASHTON,

      Plaintiff,

v.                            CASE NO. 3:24-cv-1209-MMH-SJH

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant.

_____/

## **ORDER**

    Plaintiff's Disclosure Statement (Doc. 12) fails to provide the information required by Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, or both. As of April 1, 2024, the Court approved a new disclosure statement form that accords with the rules. The form is in the "forms" section of the Court's website, www.flmd.uscourts.gov. Plaintiff's Disclosure Statement (Doc. 12) is therefore **stricken**. On or before **December 23, 2024**, Plaintiff shall file a disclosure statement using the correct form.

    **DONE AND ORDERED** in Jacksonville, Florida, on December 16, 2024.

                           _____

                           Samuel J. Horovitz
                           United States Magistrate Judge

Copies to: Counsel of Record